UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON PATILLO,

                Plaintiff,

    -against-

DOE,

                Defendant.

25-cv-4520 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 8, 2025, order, this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 8, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge